CARRIE BRIDENBAKER, Appellant, v. MAY KISSELL, Sometimes Called EGLINGTON and Others, Respondents.— Judgment affirmed, with costs. Certain findings of fact modified. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ABBOTT BETARD, Respondent, v. HENRY COLLINS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

NICHOLAS CHIMINI, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ANNA BELLE HOGAN, an Infant, by ANNA BELLE HOGAN, Her Guardian ad Litem, Respondent, v. ROSS AUTOMOBILE CORPORATION and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

BARTHOLOMEW J. HOPKINS and Another, Appellants, v. HATTIE M. HAWKINS and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JAMES W. WHITE, Respondent, v. REBECCA GERSH, Otherwise Known as GERSHKOVITZ, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

GEORGE D. FORSYTH and Another, Appellants, v. HAMMOND C. PIKE and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Probate of the Last Will and Testament of M. MINERVA SULLIVAN, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of LARKIN Co., INC., for a Peremptory Mandamus Order Directed to FRANK X. SCHWAB, as Mayor, and Others, etc., Directing Them to Authorize, Issue and Deliver to Petitioner a Permit for the Installation of Two Certain Gasoline Stations, etc.— Order affirmed, with costs. All concur, except Davis, J., not voting. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Administration of the Estate of JOHN McFADDEN, Deceased.— Decree of December 3, 1924, revoking letters of administration to Joseph McFadden modified and as modified affirmed, with costs to respondent payable out of the estate. Decree of same date granting letters of administration to Isabel McFadden affirmed, without costs. Order of January 27, 1925, affirmed, without costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

BERTHA DANIEL, Respondent, v. MERCHANTS NATIONAL BANK OF DUNKIRK, N. Y., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

FREDERICK HOLLENDER, Suing on Behalf of Himself, etc., Appellant, v. ROCHESTER FOOD PRODUCTS CORPORATION, Respondent.— Judgment affirmed, with costs. Order affirmed, with ten dollars costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.